IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BILLY KEITH ELLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-439-WKW |
| | ) | [WO] |
| STATE OF ALABAMA, STATE OF | ) | |
| MISSOURI, STATE OF UTAH, | ) | |
| STATE OF MINNESOTA, and | ) | |
| MONTGOMERY COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On September 9, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the record, it is ORDERED as follows:

(1)     The Recommendation (Doc. # 6) is ADOPTED; and

(2)     This action is DISMISSED without prejudice.

An appropriate final judgment will be entered separately.

DONE this 30th day of September, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE